### 39937. DORSEY v. HAWKINS et al.

CARLISLE, Presiding Judge. Since the award of a nonsuit cannot be reviewed by a motion for new trial, the court did not err in overruling the plaintiff's motion for new trial. *Eskew v. Constitution Publishing Co.*, 68 Ga. App. 557 (23 SE2d 500); *Smith v. Perryman*, 38 Ga. App. 496 (144 SE 341); *Buchanan v. James*, 134 Ga. 475 (68 SE 72).

*Judgment affirmed. Bell and Hall, JJ., concur.*

DECIDED APRIL 4, 1963.

*C. Winfred Smith*, for plaintiff in error.

*Brannon, Brannon & Schuder, Everett C. Brannon, Jr., John H. Smith, R. Wilson Smith, Jr.*, contra.